# Order

Michigan Supreme Court
Lansing, Michigan

April 2, 2019

158393

MICHAEL McGRATH, Guardian of KYLE
McGRATH, a legally incapacitated person,
        Plaintiff-Appellee,
and

RAINBOW REHABILITATION,
        Intervening Plaintiff-Appellee,

v

MEEMIC INSURANCE COMPANY,
        Defendant-Appellant,
and

ZURICH AMERICAN INSURANCE
COMPANY,
        Defendant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158393
COA: 343011
Wayne CC: 16-009739-NF

On order of the Court, the application for leave to appeal the August 10, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019

Clerk

t0325